GEORGE SHERWOOD, RESPONDENT, v. WILLIAM L. FISCHER, APPELLANT.

*Negligence of apprentice — bond given by master for damages occasioned by — when liable on.*

An apprentice in the employ of the defendant, with his assent, took defendant's horse and wagon for a ride, and, by his negligence, injured the assignor of the plaintiff. The apprentice was arrested, and, while he was in custody, the defendant appeared, and, after a full statement of the facts had been made, entered into an engagement in writing, by which he promised to pay a certain sum for the injuries so occasioned. In an action upon this agreement, *held*, that the defendant was liable thereon.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion

for a new trial, made on the minutes of the justice before whom the case was tried.

*Otto Meyer*, for the appellant.

*J. O. Dykman*, for the respondent.

Opinion by DONOHUE, J.

Present — BARNARD, P. J., AND DONOHUE, J.

Judgment and order affirmed, with costs.